AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-127

VONCELLIES A. ALLEN, individually and d/b/a Level 9 Sports Bar & Grill; and EURL KITTLES,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 24, 2020, Plaintiff's application for attorney's fees and costs are GRANTED IN PART, in the total amount of $5,227.53. Plaintiff's claims under the Communications Act of 1934 are DISMISSED. Judgment is hereby ENTERED in favor of Plaintiff and against Defendants Allen and Kittles in the amount of $10,400.00, jointly and severally, with Defendant Kittles liable for an additional $3,000.00 as ordered by the Court on March 19, 2020. This case stands CLOSED.



09/24/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Jamie Hodge*  
(By) Deputy Clerk

GAS Rev 10/2020